UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HARJEETPAL SINGH, | Case No. 5:24-02353 FWS (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| CURRENT OR ACTING FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondent. | |

On November 4, 2024, Harjeetpal Singh ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Dkt. No. 1.) Petitioner asserts a single claim: that Immigration and Customs Enforcement ("ICE") is violating his rights under the Supreme Court's ruling in Zydvydas v. Davis, 533 U.S. 678, 689 (2001), by detaining him for longer than six months since an Immigration Judge ordered his removal. (Id.) On November 18, 2024, however, ICE removed Petitioner from the United States. (Dkt. No. 9; Dkt. No. 9-1, Robles Decl. ¶ 3.) Thus, the Petition is moot and must be dismissed, as there is no further relief for the Court to provide. See Abdala

v. INS, 488 F.3d 1061, 1065 (9th Cir. 2007) (habeas petitions raising claims that are fully resolved by release from custody are moot); Lewis v. Cont'l Bank Corp., 494 U.S. 472, 477 (1990) ("a litigant must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision"); Deakins v. Monaghan, 484 U.S. 193, 199 (1988) ("Article III of the Constitution limits federal courts to the adjudication of actual, ongoing controversies between litigants.").

IT IS THEREFORE ORDERED that this action be summarily dismissed as moot.

IT IS SO ORDERED.

Dated:  December 12, 2024

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge

Presented by:

  /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge