JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HARJEETPAL SINGH, | Case No. 5:24-02353 FWS (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| CURRENT OR ACTING FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED:  December 12, 2024

_____
THE HONORABLE FRED W. SLAUGHTER
United States District Judge